

ORIGINAL

FILED

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0292

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0292

MONTANA BOARD OF ENVIRONMENTAL
REVIEW,

Petitioner,

v.

MONTANA SIXTEENTH JUDICIAL DISTRICT
COURT, ROSEBUD COUNTY, HON.
KATHERINE M. BIDEGARAY,

Respondent.

FILED

MAY 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Montana Board of Environmental Review (BER) seeks a writ of supervisory control directing the Sixteenth Judicial District Court, Rosebud County, to reverse its March 12, 2020 Order Denying Respondent Montana Board of Environmental Review's Motion to Dismiss its Cause No. DV 19-34. BER had sought dismissal because it contended it was not a necessary named party in the underlying action. BER further requests a stay of proceedings in the District Court pending the outcome of this Petition.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Sixteenth Judicial District Court and Montana Environmental Center and Sierra Club, the Petitioners in the underlying matter, are each granted thirty days from the date of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Sixteenth Judicial District Court, Rosebud Bow County, Cause No. DV-19-34, and the Honorable Katherine M. Bidegaray, presiding Judge.

Dated this 29ᵗʰ day of May, 2020.

_____
Justice

2